**Harris Beach PLLC**
One Gateway Center
Suite 2500
Newark, New Jersey 07102
(973) 848-1244

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUANITA M. RIVERA and ANTHONY RIVERA,<br><br>              Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; SOUTH JERSEY HEALTHCARE; SOUTH JERSEY REGIONAL MEDICAL CENTER; NITESH BHAGAT, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>              Defendants. | Civil Action No.:  1:12-cv-07715-RMB-JS<br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus Pharmaceutical, LLC ("Alaunus") and Plaintiffs Juanita Rivera and Anthony Rivera, that Defendant Alaunus is hereby given an extension to February 1, 2013 to respond to Plaintiffs' Complaint.

Dated:  January 3, 2013

**HARRIS BEACH PLLC**

By:  ___/s/ Steven A. Stadtmauer___
    Frederick H. Fern
    Steven A. Stadtmauer

One Gateway Center
Suite 2500
Newark, NJ 07102
(973) 848-1244
*sstadtmauer@harrisbeach.com*

*Counsel for Defendant Alaunus*
*Pharmaceutical, LLC*

**SALTZ, MONGELUZZI, BARRETT &**
**BENDESKY, P.C.**

By:  ___/s/ Mary T. Gidaro___
    Mary T. Gidaro
    Michael F. Barrett

8000 Sagemore Drive
Suite 8303
Marlton, NJ 08053
(856) 751-8383
*MGidaro@smbb.com*
*MBarrett@smbb.com*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Complaint was served via the Court's ECF notification system on this 3rd day of January, 2013 to the counsel of record.

                        /s/ Steven A. Stadtmauer
                        Steven A. Stadtmauer

So Ordered this ___4th___ day
of ___January___ 20 13

JOEL SCHNEIDER, USMJ