SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
8000 Sagemore Drive
Suite 8303
Marlton, NJ  08053
856-751-8383 (tele)
856-751-0868 (fax)
ATTORNEYS FOR PLAINTIFF

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUANITA M. RIVERA and<br>ANTHONY RIVERA,<br><br>                Plaintiffs,<br><br>    v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC., d/b/a NEW<br>ENGLAND COMPOUNDING CENTER;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>SOUTH JERSEY HEALTHCARE;<br>SOUTH JERSEY REGIONAL<br>MEDICAL CENTER;<br>NITESH BHAGAT, M.D.;<br>JOHN DOE(S) CORPORATIONS (1-4);<br>JOHN DOE(S), M.D. (1-3),<br><br>             Defendants. | CIVIL ACTION NO. 1:12-cv-07715 |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Mary T. Gidaro, Esquire, of the law firm of Saltz, Mongeluzzi, Barrett & Bendesky, P.C., as co-counsel on behalf of Plaintiff, Juanita M. Rivera and Anthony Rivera, in the above action.

Respectfully submitted,

*s/Mary T. Gidaro*
Michael F. Barrett
Mary T. Gidaro
SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
8000 Sagemore Drive
Suite 8303
Marlton, NJ  08053
856-751-8383 (tele)

*Attorneys for Plaintiff, Juanita M. Rivera*
*and Anthony Rivera*

Dated:  January 4, 2012

## CERTIFICATION OF SERVICE

I, Mary T. Gidaro, hereby certify that on the date listed below I caused to be served a true

and correct copy of the foregoing *ENTRY OF APPEARANCE* on the following persons via the

Court's electronic filing system:

Frederick H. Fern
Steven A. Stadtmauer
David J. Dino
Harris Beach PLLC
One Gateway Center, Suite 2500
Newark, N.J. 07102
*Counsel for Defendants New England Compounding Pharmacy Inc.*
*and Alaunus Pharmaceutical, LLC*

Walter F. Timpone
Walter F. Krzastek
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemle Avenue
P.O. Box 2075
Morristown, NJ  07962
*Counsel for Defendant Ameridose, LLC*

Stephen A. Grossman
Montgomery, McCracken, Walker & Rhoads, LLP
Liberty View, 457 Haddonfield Road, Suite 600
Cherry Hill, NJ  08002
*Counsel for Defendants, South Jersey Healthcare*
*and South Jersey Regional Medical   Center*


*s/ Mary T. Gidaro_____*
Mary T. Gidaro

Dated: January 4, 2012