**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone:  (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUANITA M. RIVERA and ANTHONY RIVERA, W/H, | CASE NO. 1:12-cv-07715-RMB-JS |
| Plaintiffs, | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | **DEFENDANT AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants | |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 14th day of January, 2013.

>                               */s/ Walter F. Timpone*
>                               Walter F. Timpone
>                               Walter R. Krzastek
>                               McElroy, Deutsch, Mulvaney & Carpenter, LLP
>                               1300 Mount Kemble Avenue
>                               P.O. Box 2075
>                               Morristown, NJ 07962-2075
>                               Phone:      973.425.8701
>                               Fax:          973.425.0161
>                               wtimpone@mdmc-law.com
>                               wkrzastek@mdmc-law.com
>                               *Attorneys for Defendant Ameridose, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 14, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Walter F. Timpone*
Walter F. Timpone
*Attorney for Defendant Ameridose, LLC*
