**Lawson & Weitzen, LLP**
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUANITA M. RIVERA and ANTHONY RIVERA,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; SOUTH JERSEY HEALTHCARE; SOUTH JERSEY REGIONAL MEDICAL CENTER; NITESH BHAGAT, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>Defendants. | Civil Action No.: 1:12-cv-07715-RMB-JS<br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus Pharmaceutical, LLC ("Alaunus") and Plaintiffs Juanita Rivera and Anthony Rivera, that Defendant Alaunus is hereby given an extension to February 22, 2013 to respond to Plaintiffs' Complaint.

Microsoft Word - 30130 Rivera Juanita (NJ) Consent Order - #9...  https://ecf.njd.circ3.dcn/doc1/11917601145

Case 1:12-cv-07715-RMB-JS   Document 20   Filed 02/22/13   Page 2 of 2 PageID: 244
Case 1:12-cv-07715-RMB-JS   Document 17   Filed 02/21/13   Page 2 of 2 PageID: 200

Dated: February 21, 2013

| | |
|---|---|
| **LAWSON & WEITZEN, LLP** | **SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.** |
| By: /s/ Michele A. Hunton | By: /s/ Mary T. Gidaro |
| Michele A. Hunton (NJ Bar # 01096) | Mary T. Gidaro |
| 88 Black Falcon Avenue | Michael F. Barrett |
| Boston, MA 02210 | 8000 Sagemore Drive |
| (617) 439-4990 | Suite 8303 |
| mhunton@lawson-weitzen.com | Marlton, NJ 08053 |
| | (856) 751-8383 |
| *Counsel for Defendants* | MGidaro@smbb.com |
| *Alaunus Pharmaceutical, LLC* | MBarrett@smbb.com |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Amended Complaint was served via the Court's ECF notification system on this 21st day of February, 2013 to the counsel of record.

/s/ Michele A. Hunton
Michele A. Hunton

So Ordered this 22nd day of February, 2013

JOEL SCHNEIDER